

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| KAREN SPEASE AND CRAIG SPEASE, | § § | No. 08-14-00065-CV |
| Appellants, | § | Appeal from |
| v. | § | 327th District Court |
| THE HONORABLE KATHLEEN OLIVARES, JUDGE OF THE 205TH DISTRICT COURT OF EL PASO COUNTY, TEXAS, | § § § § | of El Paso County, Texas (TC # 2014DCV0050) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF MAY, 2016.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.